1  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
2  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
3  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 200
4  Roseville, CA 95661
   408-279-2288 ph: 408-279-2299 fax
5
   Attorneys for Plaintiff
6  Jeff Stanley

7              **IN THE UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

9

10 JEFF STANLEY,                          Case No.: 2:18-cv-02119-JAM-CKD

11                  Plaintiff,            NOTICE OF SETTLEMENT WITH
                                          DEFENDANTS AMERICAN EXPRESS
12        v.                              COMPANY AND ALLTRAN FINANCIAL

13

14  AMERICAN EXPRESS COMPANY;
    ALLTRAN FINANCIAL LP
15

16

17              Defendants.

18

19 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      **PLEASE TAKE NOTICE THAT** plaintiff Jeff Stanley and defendants AllTran

21 Financial LP and American Express Company, have reached a settlement in principle of the

22 above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates

23 filing a dismissal within 21 days once the settlement is finalized.

24

25                                  **Sagaria Law, P.C.**

26 Dated:   September 10, 2018        /s/ *Elliot Gale*
                                      Elliot Gale
27                                    Attorneys for Plaintiff

28

                         NOTICE OF SETTLEMENT - 1